UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>United States of America</u>,
    Plaintiff

    v.

                              Case No.  10-cr-173-01-SM

<u>Raymond Marbury</u>,
    Defendant


O R D E R


Defendant Marbury's motion to continue the final pretrial conference and trial is granted, however, no further continuances absent extraordinary circumstances (document no. 22).   Trial has been rescheduled for the month of December 2011.  Defendant Marbury shall file a waiver of speedy trial rights not later than  October 17, 2011.  On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective

preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference is rescheduled for December 1, 2011 at 10:00 a.m.

Jury selection will take place on December 13, 2011 at 9:30 a.m.

SO ORDERED.

Steven J. McAuliffe
Chief Judge

October 6, 2011

cc: Tony F. Soltani, Esq.
Terry Ollila, AUSA
U.S. Marshal
U.S. Probation