UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>,
    Plaintiff

    v.

Case No. 10-cr-173-01-SM

<u>Raymond Marbury</u>,
    Defendant

## <u>O R D E R</u>

Defendant Marbury's motion to continue the final pretrial conference and trial is granted in part, extraordinary circumstances having been shown (document no. 26). The continuance is limited to thirty (30) days. Trial has been rescheduled for the month of January 2012. Defendant Marbury shall file a waiver of speedy trial rights not later than November 28, 2011. On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference is rescheduled for January 12, 2012 at 10:30 a.m.

Jury selection will take place on January 18, 2012 at 9:30 a.m.

SO ORDERED.

                                                Steven J. McAuliffe
                                                  Chief Judge

November 22, 2011

cc:   Tony F. Soltani, Esq.
       Terry Ollila, AUSA
       U.S. Marshal
       U.S. Probation